THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK FUTIA,                                          Case No. C 07-5181 RS

    Plaintiff,                                    PLAINTIFF'S NOTICE OF NEED FOR
                                                     MEDIATION
v.

JUANITA BRELLE,

    Defendant.
_____/

    Plaintiff hereby notifies the court that Mediation in this Action is necessary.

April 16, 2008

                                      S/Thomas N. Stewart, III
                                          Attorney for Plaintiff